1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLENE LONGEST, JUNXIU "ALEX" CAI and LIFEN "REGINA" CAI, individually and on behalf of all others similarly situated,

            Plaintiffs,

    vs.

GREEN TREE SERVICING, LLC, a Delaware limited liability company, GREEN TREE INSURANCE AGENCY, INC., a Minnesota corporation,

            Defendants.

Case No. 2:14-cv-08150-CAS-(AJWx)

*Honorable Christina A. Snyder*
*Honorable Andrew J. Wistrich*

**ORDER GRANTING JOINT AMENDED STIPULATION FOR PROTECTIVE ORDER**

Action Filed:   October 21, 2014

**[PROPOSED] ORDER**

    Having considered the Joint Amended Stipulation of the Parties, it is hereby ordered that the Parties are bound by that Protective Order, without modification.

**IT IS SO ORDERED.**

Dated: May 6, 2015

_____

The Honorable Andrew J. Wistrich

United States Magistrate Judge