JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
MARY KATE KAMKA (State Bar No. 282911)
mkk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
GREEN TREE SERVICING LLC and
GREEN TREE INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLENE LONGEST, JUNXIU "ALEX" CAI and LIFEN "REGINA" CAI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company, GREEN TREE INSURANCE AGENCY, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 2:14-cv-08150-CAS-RZ<br><br>**DECLARATION OF ANDREW JESKA IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 15, 2015<br>Time: 10:00 a.m.<br>Ctrm.: 5<br>The Hon. Christina A. Snyder<br><br>Action Filed: October 21, 2014 |

I, Andrew Jeska, declare as follows:

1. I am employed by Green Tree Insurance Agency Inc. ("GTIA") as Vice President, Agency. In my capacity as Vice President, Agency, I am familiar with

GTIA's general business practices, including its practices regarding lender-placed insurance ("LPI"). GTIA coordinates with its affiliate, Green Tree Servicing LLC ("GTS"), to formulate and implement its insurance requirements on loans that GTS services. I make this declaration in opposition to plaintiffs' motion for class certification.

2. In my capacity as Vice President, Agency I have custody and control of GTS and GTIA's business records regarding the LPI program. I am familiar with the manner and procedures by which the records contained in GTS and GTIA's files were prepared and maintained. These records were prepared and maintained by employees of GTS or GTIA in the performance of their regular business duties and were made by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. The facts set forth in this declaration are based upon my review of these business records or my personal knowledge, and if called as a witness, I could and would be competent to testify to these facts.

3. GTIA is a fully licensed insurance agency. GTIA sells and services comprehensive, third-party property and casualty products, with a primary emphasis on homeowners' insurance. GTIA sells voluntary insurance and supports the LPI process. In addition to other tasks described below, GTIA monitors and reviews the insurance carrier's systems for tracking loans and placing LPI, and is the agent of record for the insurance business that is provided to the carrier.

4. GTIA receives a commissions on some LPI policies. On policies for which commissions are paid, Green Tree Servicing LLC ("GTS") advances the premium to ABIC net of the commission paid to GTIA. The commissions are allocated from an accounting perspective to GTIA. GTS does not receive any commissions for LPI.

**The Relative Expense of Lender-Placed Insurance**

5. LPI premiums are generally more expensive than voluntary insurance because LPI insurers must accept any property, in any condition, regardless of its age or exposure to hurricane, flood, wildfires, or other prior losses. Insurers writing LPI coverage must do so in all states regardless of unique market conditions or exposures in those states that voluntary insurers can avoid.

6. Though premiums for LPI are generally more expensive than premiums for voluntary insurance, that is not always the case. In certain situations, LPI premiums may be less expensive than rates for voluntary insurance.

7. Moreover, some borrowers may not be eligible for voluntary insurance, because their properties may be in poor physical condition, they may have a history of claims, or there may be other underwriting factors which make voluntary insurance unavailable.

**LPI Notices**

8. GTS and GTIA go to great lengths to help borrowers avoid LPI. If a borrower's policy expires or lapses, a notice is sent requesting that he or she provide GTS with evidence of insurance. If the borrower does not provide evidence of insurance, a reminder letter is sent again requesting the borrower provide evidence of insurance. During the relevant time period, the second notice was sent approximately 30 to 35 days after the initial notice. If the borrower does not provide evidence of insurance after the second notice is sent, a one-year LPI policy is issued and a placement notice is sent to the borrower. During the relevant time period, the placement notice was sent approximately 16 to 21 days after the second notice was sent.

9. While these notices differ in certain material respects, they all generally (1) disclose that GTS's affiliated insurance agency will or may receive a commission on the insurance policy, (2) note that LPI may be significantly more

expensive and provide less protection than a voluntary policy, and (3) urge the borrower to avoid LPI and obtain voluntary coverage.

10. The documents attached as Exhibits 1 through 10 are true copies of templates of cycle letters that were sent to California and Florida borrowers with loans serviced by GTS.

11. Based on GTS and GTIA's experience in interacting with borrowers in LPI, I know that borrowers' responses to these notices vary. Many borrowers may fail to obtain voluntary insurance even after the notices are sent due to inattention or oversight. Other borrowers may choose not to obtain voluntary insurance for various reasons. Some borrowers may feel it is not worth their time to shop around for voluntary insurance. Some borrowers may have no other option, such as those in states where disasters have occurred, or those who have made too many claims within a certain period and are ineligible for voluntary coverage. For some borrowers, LPI may be less expensive than voluntary insurance.

12. Other borrowers eventually obtain their own coverage after receiving the notices. A number of LPI policies are cancelled mid-term because the borrower obtains voluntary insurance. Some LPI policies are "flat cancelled," which means all LPI premiums paid by the borrower are credited to the borrower's account because the borrower had adequate coverage, but failed to provide proof of coverage before the LPI was obtained. An initial failure to provide evidence of coverage can result from a wide variety of factors: some borrowers changed insurance carriers, some submitted evidence of voluntary coverage late, some failed to name GTS as a loss payee on their voluntary policies, some used the wrong address, etc.

**Borrowers' Circumstances Differ**

13. Many borrowers who are charged for LPI never actually pay for it. Many borrowers who fail to procure voluntary insurance or have their policies cancelled are also delinquent on their homes loans or in foreclosure. These borrowers may not pay the LPI premium that was charged because borrowers who

are already in default or in the midst of foreclosure are less likely to make payments to their loan servicer for LPI.

14. I know of no automated way to query our systems to determine the amount of LPI premium that has been paid by a specific borrower (or group of borrowers). When LPI is obtained, the premium can be deferred or moved to a different receivable classification in GTS's systems of record, thus necessitating a manual review of the borrower's payment history in order to determine the amount of the LPI premium, if any, that was actually paid by the borrower.

**GTIA's Responsibilities**

15. GTIA works to formulate, implement, and manage GTS's insurance requirements and systems with respect to monitoring properties for insurance and placing LPI. GTIA also develops and prepares the necessary reporting related to the LPI program.

16. GTIA responds to insurance-related complaints from borrowers and works with the insurance carrier to resolve any customer disputes. GTS may direct insurance-related questions to GTIA's insurance processing and compliance areas. These areas work with GTS and American Bankers Insurance Co. of Florida ("ABIC") on matters involving borrowers providing proof of voluntary insurance or inquiring about LPI purchased by a prior servicer.

17. GTIA works with GTS and the tracking service provider to ensure that insurance information is properly transitioned from the prior servicer on loans that have been acquired by GTS for servicing. GTIA interacts with personnel in the Technology Services group to ensure that the information is processed in the course of conversion. GTIA's insurance processing group works closely with insurance tracking department at ABIC. That group works a variety of different reports that are designed to ensure that GTS's and ABIC's respective systems are reconciled and remain in alignment. The insurance processing group also acts as intermediary for

other departments that may have issues, requests, or questions relating to insurance tracking or LPI with ABIC.

18. GTIA works with the insurance carrier and GTS to ensure compliance with pertinent law, regulatory requirements, and investor guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 18, 2015, at St. Paul, Minnesota.

_Andrew Jeska_