JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
MARY KATE KAMKA (State Bar No. 282911)
mkk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
GREEN TREE SERVICING LLC and
GREEN TREE INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARLENE LONGEST, JUNXIU "ALEX" CAI and LIFEN "REGINA" CAI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company, GREEN TREE INSURANCE AGENCY, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 2:14-cv-08150-CAS(AJWx)<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>The Hon. Christina A. Snyder<br><br><br>Action Filed:   October 21, 2014 |

Pursuant to this Court's order dated October 21, 2015 (*see* Dkt. no. 119), plaintiffs Carlene Longest, Junxiu Cai, and Lifen Cai and defendants Green Tree Servicing LLC and Green Tree Insurance Agency Inc. submit this joint report regarding the status of settlement proceedings in *Circeo-Loudon v. Green Tree*

*Servicing, LLC*, Case No. 14-21384, United States District Court for the Southern District of Florida.

  This Court previously stayed this action pending final approval of the parties' class action settlement in *Circeo*. *See* Dkt. no. 119. On December 8, 2015, the *Circeo* court entered an order preliminarily approving the parties' class action settlement. The Court ordered the mailing of class notice and set a final fairness hearing on the settlement for May 12, 2016. It is anticipated that class notice will be mailed no later than February 12, 2016.

  As the approval process in *Circeo* is still pending, the parties request that the stay of this action remain in place. As required by the Court's order, the parties will submit another status report regarding the *Circeo* settlement proceedings within 90 days of today's date.

DATED: January 19, 2016  SEVERSON & WERSON
            A Professional Corporation

            By: */s/ Erik Kemp*
              Erik Kemp

            Attorneys for Defendants GREEN TREE SERVICING LLC and GREEN TREE INSURANCE AGENCY, INC.

DATED: January19, 2016  ZIMMERMAN REED, PLLP

            By: */s/ Caleb L.H. Marker*
              Caleb L.H. Marker

            Attorneys for Plaintiffs CARLENE LONGEST, JUNXIU "ALEX" CAI and LIFEN "REGINA" CAI